UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

William Washington

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR-603( )( )

Defendant __William Washington__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


_William Washington_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**William Washington**
Print Defendant's Name

_Raoul Zaltzberg_
Defendant's Counsel's Signature

**Raoul Zaltzberg**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-11-22
Date

_Kathy H Parker_
U.S. District Judge/U.S. Magistrate Judge