**Raoul Zaltzberg, Esq.**

| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 5 Penn Plaza, 23rd Floor | | F: (212) 609-1345 |
| New York, New York 10001 | Raoul@ZaltzbergLaw.com | P: (917) 244-4322 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022

October 27, 2022

**MEMO ENDORSED**

**VIA ELECTRONIC MAIL**

Hon. Judge Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *United States v. Williams (William Washington)*
           21 CR 00603 (VEC)

Dear Hon. Judge Caproni

    I represent William Washington in the above-captioned proceeding. He is asking for a change in counsel. There has been a breakdown in communication and thus a conference to address this matter is warranted. I have spoken to AUSA Finkel and we are both available anytime the Court needs us to be. Mr. Washington resides out of state, so a virtual conference would be preferable to him.

    Further, I am obligated to bring to the Court's attention that while Mr. Washington, at the time of his initial arraignment, indicated that he didn't think he would continue to be able to work, as of my last conversation with him regarding this matter, he continues to be employed and his medical license, to date, has not been suspended.

                                  Sincerely,

                               _____/s/_____
                               Raoul Zaltzberg, Esq.

C.c. AUSA Ryan Finkel by electronic mail

---

An in-person change-of-counsel hearing will be held on **Monday, November 7, 2022, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]*  10/27/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE