USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                       :
:
                -against-                     :       21-CR-603 (VEC)
:
:       ORDER
WILLIAM WASHINGTON,                                            :
:
                          Defendant.          :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 14, 2022, the parties appeared at a change-of-counsel hearing;

       WHEREAS at the change-of counsel hearing, Defendant provided the Court with an affidavit.

       IT IS HEREBY ORDERED that Scott B. Tulman is hereby appointed to represent Mr. Washington pursuant to the Criminal Justice Act.  The Clerk of Court is respectfully directed to terminate Mr. Zaltzberg from the docket.

       IT IS FURTHER ORDERED that, by no later than **Friday, December 2, 2022,** the Defendant must show cause as to why he should not be required to pay, in whole or in part, the fees associated with his appointed counsel, in light of the fact that he continues to be employed as a physician and has substantial assets.  The Government's response, if any, must be filed on or before **Friday, December 9, 2022**.

       IT IS FURTHER ORDERED that the Court will maintain Defendant's affidavit ex parte and file it under seal.  The Defendant should discuss his proposed discovery requests with his new counsel, and the Court encourages the Defendant to listen with an open mind to counsel's advice regarding those requests.

**SO ORDERED.**

**Dated: November 14, 2022**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**