**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 04/12/2023

April 11, 2023

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Washington, et al.*, S7 21 Cr. 603 (VEC)**

Dear Judge Caproni:

The Government writes pursuant to the Court's Rule of Individual Practice 3(A). Earlier today, the Government filed a redacted version of its motions in limine that redacts from public view certain health and medical information concerning defendant Ronald Glen Davis. (Dkt. 903.) The Government believes its proposed redactions are consistent with the local rules. *See* 2013 Cmt. Note to L.R. 5.2. The Government's proposed redactions were provided to Davis's counsel for review. With respect to the proposed redactions, Davis's counsel advised that Davis takes "no position other than those required by the local rules, ECF rules and the Individual Practice Rules of Judge Caproni."

Accordingly, to protect Davis's privacy interests the Government requests permission to file its brief partially under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/________________
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/-2486

Application GRANTED.

SO ORDERED.

Valerie Caproni 04/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE