```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :
    -against-                          :    21-CR-603 (VEC)
                                          :
                                          :    ORDER
DARIUS MILES, RONALD GLEN DAVIS,          :
WILLIAM WASHINGTON, and WILLIAM           :
BYNUM,                                    :
                                          :
                         Defendants.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 17, 2023, a Grand Jury returned the Superseding Indictment (S9), and the Court has received multiple adjournment requests from defense counsel.

       IT IS HEREBY ORDERED that a status conference to discuss trial scheduling will be held on **Friday, April 21, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The Government and defense counsel for Defendants Darius Miles, Ronald Glen Davis, William Washington, and William Bynum must appear in person at the conference.  These Defendants are welcome, but are not required, to attend this conference, which will be only a scheduling conference; defense counsel can orally waive the presence of any Defendant who chooses not to attend in person.

       IT IS FURTHER ORDERED that, while the Court has not yet decided whether to adjourn the trial currently scheduled for May 15, 2023, all counsel are ordered to attend the conference prepared to discuss their availability for trial through the end of the calendar year.

       IT IS FURTHER ORDERED that Defendants who wish to attend remotely and any interested members of the public may attend the conference by dialing 1-888-363-4749, using the

access code 3121171, and the security code 0603.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

|  |  |
|---|---|
| **Date:  April 18, 2023**<br>**New York, NY** | _____<br>**VALERIE CAPRONI**<br>**United States District Judge** |