USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

-against-

WILLIAM BYNUM, RONALD GLEN DAVIS, DARIUS MILES, and WILLIAM WASHINGTON,

Defendants.
------------------------------------------------------------ X

21-CR-603 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 21, 2023, the Court adjourned jury selection and trial in this matter to November 13, 2023, and instructed the parties to be available for an earlier trial date if defense counsel for Mr. Davis became available; and

WHEREAS on August 28, 2023, defense counsel for Mr. Davis informed the Court that she would be available for an earlier trial.

IT IS HEREBY ORDERED that jury selection and trial will begin at **10:00 A.M. on Monday, November 6, 2023**.  The final pretrial conference will be held on **Wednesday, October 25, 2023, at 2:30 P.M**.  All proceedings, including trial, will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Court will arraign Mr. Davis, Mr. Bynum, and Dr. Washington on the Superseding Indictment (S9) at the final pretrial conference.

**SO ORDERED.**

**Dated: August 29, 2023**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**