```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                                       :
                                                               :
     -against-                                                 :
                                                               :
WILLIAM BYNUM, RONALD GLEN DAVIS,                              :    21-CR-603 (VEC)
DARIUS MILES, and WILLIAM                                      :
WASHINGTON,                                                    :    ORDER
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 21, 2023, the Court adjourned jury selection and trial in this matter to November 13, 2023, and instructed the parties to be available for an earlier trial date between October 23, 2023, and November 13, 2023; and

WHEREAS on August 29, 2023, the Court set a trial date of November 6, 2023.

IT IS HEREBY ORDERED that the parties are ordered to appear for a status conference on **Friday, September 22, 2023, at 10:00 A.M.**  The conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The Government and all defense counsel whose offices are in the New York metropolitan area are required to attend in person.  Counsel who are located outside of the New York metropolitan area and any Defendant may attend remotely.  Any attorney who intends to attend remotely must notify the Court in writing no later than **Monday, September 18, 2023**.

IT IS FURTHER ORDERED that Defendants who wish to attend remotely, defense counsel from outside of the New York metropolitan area who wish to appear remotely, as well as interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 0603.  All attendees are advised to mute their phones

when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Dated: September 12, 2023**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**