

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/18/2023

**Rottenberg Lipman Rich, P.C.**
The Helmsley Building
230 Park Avenue
Eighteenth Floor
New York, New York 10169
Telephone (212) 661-3080
Telecopier (212) 867-1914

New Jersey Office
Park 80 West, Plaza One
250 Pehle Avenue, Suite 601
Saddle Brook, New Jersey 07663
Telephone (201) 490-2022
Telecopier (201) 490-2040

www.rlrpclaw.com

Mitchell Epner
Member
mepner@rlrpclaw.com

September 18, 2023

**VIA ELECTRONIC COURT FILING and E-MAIL**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. William Washington, et. al* (21-CR-603 (VEC))

Your Honor:

This firm represents defendant William Washington in the above-captioned matter. I write to respectfully request that Dr. Washington be permitted to attend the status conference scheduled for Friday, September 22, 2023 by remote access. The basis for this request is that Dr. Washington resides in the State of Washington.

Respectfully submitted,

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Mitchell Epner

Application GRANTED. Pursuant to the Order at Dkt. 1035, all Defendants are permitted to attend the conference remotely.

SO ORDERED.

*[signature]*    09/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE