USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                       :
                                               :
         -against-                             :
                                               :
WILLIAM BYNUM, RONALD GLEN DAVIS,              :   21-CR-603 (VEC)
and WILLIAM WASHINGTON,                        :
                                               :        ORDER
                              Defendants.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS September 22, 2023, the parties appeared before the Undersigned for a status conference.

IT IS HEREBY ORDERED that jury selection will begin at **10:00 A.M. on Monday, October 23, 2023**, and trial will begin at **9:00 A.M. on Wednesday, November 1, 2023**. The final pretrial conference will be held on **Friday, October 20, 2023, at 10:30 A.M**.[1] All proceedings, including trial, will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The Court will arraign Mr. Davis and Mr. Bynum on the Superseding Indictment (S9) at the final pretrial conference.

**SO ORDERED.**

Dated: September 22, 2023
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

---

[1] Please note that this is a change from what was announced during the status conference.