```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA                    :
                                            :
   -against-                                :   21-CR-603 (VEC)
                                            :
WILLIAM WASHINGTON,                         :   ORDER
                                            :
                            Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2023, the parties appeared before Magistrate Judge Wang for a change of plea hearing, at which Dr. Washington entered a plea of guilty to Count 1 of the Superseding Indictment (S9).

IT IS HEREBY ORDERED that, after considering the facts as allocuted by the Defendant, the Court finds that there was an adequate factual basis for Dr. Washington's guilty plea to Count 1. The Court further finds that Dr. Washington understood the rights he was giving up and waived those rights knowingly and voluntarily. The Court finds that Dr. Washington understood the consequences of his plea, including the potential sentences that may be imposed. Because the Court finds that the Defendant's guilty plea to Count 1 was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime charged, the Court now accepts his guilty plea.

IT IS FURTHER ORDERED that Dr. Washington will be sentenced on **Friday, February 2, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' sentencing submissions are due **January 19, 2023**.

**SO ORDERED.**

Date:  September 27, 2023                              _____
       New York, NY                                    **VALERIE CAPRONI**
                                                       **United States District Judge**