**MEMO ENDORSED**

Case 1:21-cr-00603-VEC  Document 1225  Filed 12/21/23  Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2023

LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

December 21, 2023

Honorable Valeri E Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>United States v William Washington</u>
            S9 21 Cr. 603 (VEC)

Dear Judge Caproni:

    I am counsel for defendant William Washington ("Washington"). Washington is currently scheduled to be sentenced on February 2, 2024. He is required to serve the Department of Probation with any objections to the first draft of the pre-sentence report by today, December 21, 2023. I write to seek a two-week extension of the time for the parties to submit any objections to the Department of Probation.

    Neither the Government nor the Department of Probation object to this extension, and Washington respectfully requests that this two-week extension operate to similarly extend the time of both the Government and the Department of Probation to meet their obligations in connection with the preparation of the pre-sentence report. The additional time is needed for defense counsel to obtain more information from, and confer with, Washington in connection with the initial draft of the presentence report. No prior requests have been made for adjournments in connection with the sentencing process.

    Let me take this opportunity to wish Chambers and Your Honor a joyous holiday season.

                                                       Respectfully,

                                                      Scott B. Tulman

SBT:
cc:    AUSAs Ryan Finkel, Dan Nessim

Application GRANTED. The parties' deadline to object to the draft of the pre-sentence report is hereby extended from Thursday, December 21, 2023, to **Thursday, January 3, 2024**. The deadline for the parties to file their sentencing submissions is extended from Friday, January 19, 2024, to **Friday, February 2, 2024**. Mr. Washington's sentencing hearing is adjourned from Friday, February 2, 2024, at 2:30 P.M. to **Friday, February 23, 2024 at 2:30 P.M.**

SO ORDERED.

12/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE