USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
   -against- : 21-CR-603 (VEC)
:
WILLIAM WASHINGTON, : <u>ORDER</u>
:
                     Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant is scheduled to be sentenced on Friday, February 23, 2024, at 2:30 P.M. and sentencing submissions are due on Friday, February 2, 2024, *see* Order, Dkt. 1225; and

      WHEREAS the U.S. Probation Department anticipates filing the final Presentence Report by Friday, February 9, 2024;

      IT IS HEREBY ORDERED that Defendant's sentencing is adjourned until **Friday, March 1, 2024, at 2:30 P.M.** The deadline for the parties to file their sentencing submissions is extended until **Friday, February 16, 2024**.

**SO ORDERED.**

Date: January 18, 2024
      New York, NY

                                                               **VALERIE CAPRONI**
                                                           **United States District Judge**