USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         21-CR-603 (VEC)
                                    :
WILLIAM WASHINGTON,                 :         ORDER
                                    :
                        Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a conference (the "Conference") on Tuesday, February 6, 2024, at 10:00 A.M., *see* Order, Dkt. 1275;

IT IS HEREBY ORDERED that, to facilitate the presence of CJA counsel, the Conference is ADJOURNED until **Tuesday, February 6, 2024, at 10:15 A.M.**

**SO ORDERED.**

**Date: February 5, 2024**
**New York, NY**

*[signature]*
**VALERIE CAPRONI**
**United States District Judge**