USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                      :
                                              :
     -against-                                :     21-CR-603 (VEC)
                                              :
WILLIAM WASHINGTON,                           :     ORDER
                                              :
                              Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2024, Mr. Washington waived his right to counsel and is, therefore, proceeding in this matter *pro se*, *see* Order, Dkt. 1284; and

WHEREAS since Mr. Washington waived his right to counsel, the Court has provided Mr. Washington notice of any filings in this case via email and authorized Mr. Washington to make any filings via email to the Court (copying the Government);

IT IS HEREBY ORDERED that not later than **Friday, February 16, 2024**, Mr. Washington must register for a PACER account as a "non-attorney filer" at https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf so that he can receive electronic notification of filings in this case and file documents electronically without resorting to email;

IT IS FURTHER ORDERED that Mr. Washington must file a letter on the docket not later than **Tuesday, February 20, 2024**, confirming that he has registered for a PACER account;

IT IS FURTHER ORDERED that the Court respectfully directs the Clerk of Court to grant Mr. Washington consent to receive electronic notifications and electronic filing privileges for this matter;

IT IS FURTHER ORDERED that Mr. Washington is advised that any filings that are beyond the scope of this matter may be struck from the record upon order of the Court;

IT IS FURTHER ORDERED that, until Mr. Washington confirms that he has registered for a PACER account and is able to file documents electronically, he may file any documents via email to Chambers, and Chambers will continue to provide notice of any filings via email and by directing the Clerk of Court to mail hard copies of any orders to Mr. Washington; and

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to William J. Washington, MD, Innovative Men's Health, 19324 40th Ave. W, Suite B, Lynnwood, WA 98036, and to note the mailing on the docket.

**Date: February 9, 2024**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**