USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
-against- : 21-CR-603 (VEC)
:
: ORDER
WILLIAM WASHINGTON, :
:
Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument on Dr. Washington's motion to withdraw his guilty plea is scheduled for Tuesday, March 26, 2024, at 2:30 P.M; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that oral argument is ADJOURNED to **Wednesday, March 27, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: March 12, 2024
New York, NY

VALERIE CAPRONI
United States District Judge