```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :
            -against-              :    21-CR-603 (VEC)
                                   :
WILLIAM WASHINGTON,                :    ORDER
                                   :
                       Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS at the November 14, 2022, conference in this matter, Dr. Washington submitted *ex parte* an affidavit and certain exhibits, which were filed under seal because the submissions implicated matters protected by attorney-client privilege; and

WHEREAS on March 5, 2024, Dr. Washington moved to withdraw his guilty plea because, *inter alia*, the affidavit was not "addressed or made publicly available in the court docket," Dkt. 1315 at 2.

IT IS HEREBY ORDERED that, not later than **March 22, 2024**, Dr. Washington must show cause why the affidavit and supporting documents should not be filed on the public docket. If no response is filed by this date, the Court will file the affidavit and supporting documents on the public docket.

**Date: March 19, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**