```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                          :
                                                  :
       -against-                                  :     21-CR-603 (VEC)
                                                  :
WILLIAM WASHINGTON,                               :     ORDER
                                                  :
                                  Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 5, 2024, Dr. Washington moved to withdraw his guilty plea and asserted that former defense counsel has not provided him "communications and plea negotiation documents that are vital for substantiating claims of ineffective assistance and due process violations," Dkt. 1315 at 2.

   IT IS HEREBY ORDERED that, not later than **March 22, 2024**, Mr. Tulman and Mr. Epner must file a letter on the docket stating what steps they have taken to turn over their case files, excepting 3500 material, documents reflecting witness interviews that were produced in January 2024 or early February 2024, materials marked "Attorney's Eyes Only," and materials contained in the CDA's electronic database.

**Date:  March 19, 2024**
**New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**