```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :
     -against-                     :     21-CR-603 (VEC)
                                   :
WILLIAM WASHINGTON,                :     ORDER
                                   :
                       Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2024, Dr. Washington moved to withdraw his guilty plea, Dkt. 1315;

WHEREAS on March 6, 2024, the Court informed the parties that, if Dr. Washington's motion to withdraw his guilty plea were granted, jury selection and trial would begin on June 17, 2024, Dkt. 1316; and

WHEREAS in its opposition brief, the Government stated that it was unavailable for trial on June 17, 2024, Dkt. 1329.

IT IS HEREBY ORDERED that not later than **March 25, 2024**, the Government must file a letter providing three dates on which at least one AUSA currently assigned to this matter is available for trial before August 1, 2024.

**Date:  March 21, 2024**                                          **VALERIE CAPRONI**
**New York, NY**                                                   **United States District Judge**