```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA               :
                                       :
       -against-                       :   21-CR-603 (VEC)
                                       :
WILLIAM WASHINGTON,                    :   ORDER
                                       :
                         Defendant.    :
------------------------------------------------------------ X

**VALERIE CAPRONI, United States District Judge:**

  By separate filings today, the Court has provided the parties proposed versions of the *voir dire* and preliminary jury instructions in advance of the June 24, 2024, trial in this matter. Not later than **5:00 P.M. on Friday, June 14, 2024**, the parties must file on ECF a list of names and locations to be added to the *voir dire*.

**Date: March 28, 2024**
   **New York, NY**

                      **VALERIE CAPRONI**
                      **United States District Judge**

1