USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA         :

        -against-                          :               21-CR-603 (VEC)

  WILLIAM WASHINGTON,            :                ORDER

                          Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       By separate filings today, the Court has provided the parties proposed versions of the final jury instructions and verdict sheet in advance of the June 24, 2024, trial in this matter. As the Court stated at the March 27, 2024, conference in this matter, any requests for significant, substantive changes should be made by the deadline to file requests to charge, which is **May 30, 2024**. The parties are expected to familiarize themselves with the Court's prior rulings on the jury instructions for the previous trial in this matter, which remain in effect.

**Date: March 29, 2024**                                              **VALERIE CAPRONI**
      **New York, NY**                                            **United States District Judge**