

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2024

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:** *United States v. William Washington*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

      The Government writes to inform the Court that it has no objections or additions to the Court's proposed *voir dire* questions (ECF No. 1351).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      by: _/s/_____
          Rushmi Bhaskaran
          Rebecca Delfiner
          Qais Ghafary
          Assistant United States Attorneys
          (212) 637-2439 / 2427 / 2534