```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :    21-CR-603 (VEC)
                                        :
WILLIAM WASHINGTON,                     :    ORDER
                                        :
                    Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 27, 2024, the Court ordered Dr. Washington to inform the Court by May 1, 2024, whether he requests standby counsel, or whether he waived that right, Dkt. 1350; and

WHEREAS Dr. Washington did not state whether he requested standby counsel by the May 1, 2024, deadline.

IT IS HEREBY ORDERED that David Esseks and Eugene Ingoglia of Allen & Overy[1] are hereby appointed as standby counsel in this matter. If Dr. Washington wishes to waive his right to standby counsel, the Court will discuss that at the final pretrial conference on June 21, 2024.

Date:  May 2, 2024
       New York, NY

                                                VALERIE CAPRONI
                                                United States District Judge

---

[1] Both attorneys were listed as CJA duty attorneys for May 1, 2024. The Court leaves it to them to decide which attorney should serve as standby counsel.