**MEMO ENDORSED**

March 7, 2024

**VIA ELECTRONIC MAIL**
Hon. Judge Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2024
```

Re: *United States v. Washington S9 21 CR 00603 (VEC)*

Honorable Judge Caproni,

    I respectfully request a 7-day extension, until March 15, 2024, to comply with the order issued under ECF Doc. No. 1350, which stipulates that responses to motions in limine are due by Wednesday, May 8, 2024. This extension would allow adequate time for the defense to consult with the recently appointed standby counsel regarding the defense's opposition motion as we prepare for the trial.

    The need for this extension arises from our limited interaction; the standby counsel made initial contact today at 2:56 PM PST. We are yet to convene and discuss the details of my defense thoroughly. This extension will ensure that we can collaborate effectively and meet the upcoming deadlines informed by our discussions.

    Due to the constrained timeline, I have not contacted the Government for their position on this extension request.

Respectfully,

By: /s/William Washington
William J. Washington, Pro Se

---

Application GRANTED. The Court will grant Dr. Washington a one-time extension of the deadline to oppose the Government's motion *in limine* to **Wednesday, May 15, 2024**.

SO ORDERED.

*[signature: Valerie Caproni]*   05/08/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1