```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC #:
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED: 05/16/2024
```

------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA         :
          :
        -against-        :        21-CR-603 (VEC)
          :
WILLIAM WASHINGTON,         :        ORDER
          :
                Defendant.      :
          :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Dr. Washington, proceeding *pro se*, has withdrawn his guilty plea, and trial in this matter is scheduled to commenced on June 24, 2024;

      WHEREAS on April 24, 2024, the Government moved to preclude Dr. Washington from introducing portions of his post-arrest statements, as memorialized in the FBI 302 of that interview, in which he was asserted that he was victimized by Terrence Williams, in the event that the Government seeks to admit other portions of the FBI 302, Gov. Mot., Dkt. 1402; and

      WHEREAS on May 16, 2024, Dr. Washington opposed the Government's motion *in limine*, and moved for an order permitting him to introduce evidence regarding Mr. Williams' alleged victimization of Dr. Washington during and after the charged conduct, including Dr. Washington's post-arrest statements as memorialized in the FBI 302 of that interview, as well as the portion of the Court's prior Opinion ("MILs Opinion") precluding the introduction of such evidence, Def. Opp., Dkt. 1456 at 1–2.

      IT IS HEREBY ORDERED that Dr. Washington's motion for an order permitting him to introduce portions of the MILs Opinion is DENIED because the MILs Opinion is irrelevant. Federal Rule of Evidence 402 provides that "[i]rrelevant evidence is not admissible." The MILs

Opinion merely discusses the parties' arguments and contains no findings of fact or other factual evidence; accordingly, it is irrelevant because it does not make any "fact more or less probable." Fed. R. Evid. 401(a).

IT IS FURTHER ORDERED that the parties must appear for an in-person oral argument on the Government's motion *in limine* on **Friday, May 24, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

At oral argument, the Government must be prepared to:

(1) Specify which portions of the FBI 302 it intends to introduce at trial; and

(2) Present the affidavit referenced in Dr. Washington's opposition. *See* Def. Opp. at 3 n.3.

Dr. Washington must be prepared to:

(1) Specify what evidence tends to establish that Mr. Williams threatened or extorted him during the period of the charged conduct, March 2019 through March 2020. *See* Gov. MIL at 2 (proffering that the Government believes that the Defendant was involved in the fraud between March 2019 and March 2020); and

(2) Specify what evidence that is subject to the Government's motion *in limine* tends to establish that he acted in good faith. In this context, "good faith" exists if the evidence shows that the defendant actually believed that he was entitled to the funds obtained from the Plan *and* that he could obtain the funds legally by the means he used. *See* MILs Op. at 21.

(3) Present a completed version of the financial affidavit appended to this Order to demonstrate that he is entitled to the appointment of standby counsel at the public's expense.

**SO ORDERED.**

**Dated: May 16, 2024**
       **New York, NY**　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF _____ V. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)* _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)* ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☐ No
**IF YES,** how much do you earn per month? _____ Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No **IF YES,** give the total approximate amount after monthly expenses $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit Cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child Support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date _____

☐ APPROVED ☐ DENIED

_____
FD/CJA/RET. ATTORNEY (PRINT)

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____
SIGNATURE OF JUDICIAL OFFICER    DATE