USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA       :
:
-against-       :     21-CR-603 (VEC)
:
WILLIAM WASHINGTON,       :     ORDER
:
Defendant.       :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 29, 2024, the Defendant filed various motions *in limine*, Dkt. 1469.

IT IS HEREBY ORDERED that Dr. Washington's renewed motion for a bill of particulars and for a detailed specifications of which laws he is alleged to have violated is DENIED for the reasons set forth in the Court's Order at Dkt. 1431.

IT IS FURTHER ORDERED that Dr. Washington's motion to preclude the Government from introducing evidence tending to establish the illegality of "pre-billing" for services is DENIED.  Given that Dr. Washington has stated that he intends to argue that he lacked the requisite intent because he believed that such pre-billing is legal, evidence tending to rebut that claim is highly relevant.

IT IS FURTHER ORDERED that the Government must be prepared at the final pretrial conference to address whether evidence regarding Dr. Washington's subsequent disbursement of funds obtained from the Plan to individuals associated with Melvin Ely and Milton Palacio is relevant to his good faith defense because it tends to corroborate his claim that, at the time that he billed the Plan, he did not intend to keep the funds if services were never rendered.  Although

the Court will not require the Government to file a written response to this issue, to the extent that the Government wishes to do so, it is due by **June 13, 2024**.

**SO ORDERED.**

**Dated: May 30, 2024**
       **New York, NY**

                      **VALERIE CAPRONI**
                      **United States District Judge**