USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
    UNITED STATES OF AMERICA

               -against-                      21-CR-603 (VEC)

    WILLIAM WASHINGTON,                 ORDER

                       Defendant.
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 11, 2024, Dr. Washington informed the Court via an *ex parte* application that he intends to call co-defendant Milton Palacio as a witness.

    IT IS HEREBY ORDERED that by **tomorrow, June 13, 2024**, Dr. Washington must consult with Mr. Palacio's attorney to determine whether, if called, Mr. Palacio would invoke his Fifth Amendment right against self-incrimination. As the Court previously explained, the Fifth Amendment to the United States Constitution grants Mr. Palacio the right to refuse to answer any questions that might tend to incriminate him. Mr. Palacio is represented by the law firm Morvillo, Abramowitz, Grand, Iason & Anello P.C. His attorneys may be reached at bfischer@maglaw.com and liason@maglaw.com. Dr. Washington must file a letter on the docket by **tomorrow, June 13, 2024**, confirming that he has done so.

    IT IS FURTHER ORDERED that by **today, June 12, 2024**, the Government must file a letter on the docket stating whether it intends to call Milton Palacio as a witness.

**SO ORDERED.**

Dated: June 12, 2024                             _____
     New York, NY                              **VALERIE CAPRONI**
                                                     **United States District Judge**