```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____                   │
│ DATE FILED: __06/14/2024__               │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA                    :

                                         :

                -against-               :              21-CR-603 (VEC)

                                         :

WILLIAM WASHINGTON,               :              ORDER

                                         :

                      Defendant.        :

                                         :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 11, 2024, Dr. Washington informed the Court via an *ex parte* application that he intends to call co-defendant Milton Palacio as a witness;

       WHEREAS on June 12, 2024, the Court ordered Dr. Washington to consult with Mr. Palacio's counsel as to whether, if called to testify, Mr. Palacio would invoke his Fifth Amendment right not to answer questions that might tend to incriminate himself, and to file a letter by June 13, 2024, stating that he had consulted with Mr. Palacio's attorneys and whether he still intended to call Mr. Palacio as a witness, Dkts. 1487, 1489; and

       WHEREAS Dr. Washington did not file a letter by the June 13, 2024, deadline.

       IT IS HEREBY ORDERED that Dr. Washington is ordered to file a letter by **6:00 P.M. EDT today, June 14, 2024**, confirming that he has consulted with Mr. Palacio's attorneys as to whether Mr. Palacio would invoke the Fifth Amendment and whether he still intends to call Mr. Palacio as a witness.  If Dr. Washington does not file the letter by the deadline, the Court will take his failure as an indication that he no longer wishes to call Mr. Palacio.

       IT IS FURTHER ORDERED that, not later than **9:00 A.M. EDT on Monday, June 17, 2024**, Dr. Washington must file a letter providing the addresses of the following potential

defense witnesses so that the United States Marshals Service may effectuate service: Sylvester Dennis, Paris Ramsey, Rick Glen, Mike Farrell, and Kristen Brewer.

If Dr. Washington files the letter confirming that he has consulted with Mr. Palacio's attorneys as to whether he would invoke the Fifth Amendment and confirming that he still wishes to call Mr. Palacio as a witness by the June 14, 2024, deadline, he must also file a letter by **9:00 A.M. EDT on Monday, June 17, 2024**, stating whether Mr. Palacio's attorneys will accept subpoena service on Mr. Palacio's behalf.  If Mr. Palacio's attorneys will not accept subpoena service on his behalf, Dr. Washington must include Mr. Palacio's address in the list of addresses of potential defense witnesses.

Failure to meet these deadlines may be grounds for denying Dr. Washington's request for public funds for the service of subpoenas on potential defense witnesses, as the United States Marshals Service will need adequate time to effectuate service on any defense witness, and trial will commence in ten days.

Dr. Washington is further warned that failure to comply with Court-ordered deadlines going forward may be sufficient grounds to deny his requests or otherwise issue an adverse ruling.


**SO ORDERED.**


**Dated: June 14, 2024**
     **New York, NY**
                                        **VALERIE CAPRONI**
                                  **United States District Judge**