**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/14/2024

June 14, 2024

**BY EFC**

Hon. Judge Valerie E. Capron
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Washington 21-CR-603 (VEC)**

Dear Judge Caproni,

    I am writing to inform the Court of the outcome of my consultation with Mr. Milton Palacio's attorneys, as ordered by the Court in Dkt. 1487.

    On June 12, 2024, I reached out to Mr. Palacio's counsel to discuss the potential subpoena for his testimony. Mr. Palacio's attorneys have informed me that if called as a witness, Mr. Palacio would invoke his Fifth Amendment right against self-incrimination.

    After consulting with my standby counsel today, I have decided not to call Mr. Palacio as a witness in this case. Accordingly, I will not be requesting the issuance of a subpoena for Mr. Palacio's testimony.

Respectfully Submitted,

/s/ William J. Washington
William J. Washington MD, Pro Se
williamwashington.prose@gmail.com

---

The Court will not issue a subpoena for Mr. Palacio. Dr. Washington is ordered to file a letter by **June 17, 2024**, stating whether, following his consultation with standby counsel, Dr. Washington still wishes to call Terrence Williams as a witness. If Dr. Washington fails to file a letter by this deadline, the Court will interpret that failure as an indication that he no longer wishes to call Terrence Williams as a witness.

SO ORDERED.

*[signature]*  06/14/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE