USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA   :
       :
    -against-    :    21-CR-603 (VEC)
       :
WILLIAM WASHINGTON,   :    ORDER
       :
      Defendant.   :
       :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties are ordered to file their exhibit lists with the Court by **5:00 P.M. on Tuesday, June 18, 2024**. The lists may be filed via email to CaproniNYSDChambers@nysd.uscourts.gov, with the opposing party copied.

**SO ORDERED.**

Dated: June 14, 2024
    New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1