```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  :
UNITED STATES OF AMERICA :
  :
    -against- : 21-CR-603 (VEC)
  :
WILLIAM WASHINGTON and TERRENCE : ORDER
WILLIAMS, :
  :
                   Defendants. :
  X
--------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that counsel for Terrence Williams is advised that Mr. Williams is likely to be called as a defense witness in the forthcoming trial in this matter, scheduled to commence on June 24, 2024. The Court will provide Mr. Williams with CJA counsel for the purposes of his testimony. Counsel for Mr. Williams is ordered to file a letter stating his availability to appear for Mr. Williams' testimony by **June 20, 2024**. The exact date on which Mr. Williams will be called is unknown; counsel must inform the Court of his availability from June 27, 2024, through July 3, 2024. The Court will only require one attorney to appear.

**SO ORDERED.**

Dated: June 17, 2024
     New York, NY

                                           _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**