```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                              :
                                                      :
              -against-                               :    21-CR-603 (VEC)
                                                      :
WILLIAM WASHINGTON,                                   :    ORDER
                                                      :
                            Defendant.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

By separate filing today, the Court has provided the parties a revised, redlined version of the proposed *voir dire* questions. The parties are ordered to be prepared to discuss the revised version of the *voir dire* at the final pretrial conference on Friday, June 21, 2024, at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: June 17, 2024
       New York, NY
                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**