USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA  :
:
-against-  :  21-CR-603 (VEC)
:
WILLIAM WASHINGTON,  :  ORDER
:
Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the United States Marshals Service ("USMS") must serve the defense subpoenas on the following witnesses: Sylvester Dennis, Paris Ramsey, Rick Glen, Mike Farrell, and Kristen Brewer. USMS is directed to accomplish service not later than **June 20, 2024**, as trial is scheduled to begin on June 24, 2024.

**SO ORDERED.**

**Dated: June 17, 2024**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

1