```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
        -against-                    :    21-CR-603 (VEC)
:
WILLIAM WASHINGTON,                                               :    ORDER
:
                                 Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the final pretrial conference scheduled for **Friday, June 21, 2024**, will be held at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  This is a change from the previously-scheduled time of 10:30 A.M.

**SO ORDERED.**

**Dated: June 18, 2024**
      **New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**