```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
                -against-                                           :   21-CR-603 (VEC)
                                                                    :
WILLIAM WASHINGTON,                                                 :   ORDER
                                                                    :
                                Defendant.                          :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2024

VALERIE CAPRONI, United States District Judge:

WHEREAS Dr. Washington requested that the Court issue subpoenas and order the United States Marshals Service ("USMS") to serve those subpoenas on certain witnesses that he sought to call as defense witnesses, and the Court granted that request.

WHEREAS USMS informed the Court, on June 21, 2024, that it has been unable to effectuate service on Sylvester Dennis. The Court will issue a revised subpoena with a return date of Wednesday, June 26, 2024, and ask USMS to continue to attempt to serve Mr. Dennis.

IT IS HEREBY ORDERED that if Dr. Washington requests that any further action be taken, he must make that request by **June 22, 2024**, and explain the legal basis for his request.

IT IS FURTHER ORDERED that Dr. Washington must inform Kristen Brewer, Mike Farrell, and Rick Glen by the **end of day today, June 21, 2024**, that the subpoenas they received have been canceled. The Government is also ordered to use reasonable efforts to inform these witnesses that the Defendant no longer seeks to call them as trial witnesses.

IT IS FURTHER ORDERED that the Court appoints Anthony Cecutti as CJA counsel for Paris Ramsey. Mr. Cecutti is also appointed as CJA counsel for Mr. Dennis, contingent on Mr. Dennis being served.

2

IT IS FURTHER ORDERED that Mr. Cecutti (i) promptly consult with Ms. Ramsey regarding Washington's desire to call her as a witness; (ii) promptly inform the Court and the parties whether Ms. Ramsey intends to testify or whether she will invoke the right not to testify as to some or all matters; and (iii) coordinate with Washington's standby counsel regarding travel arrangements (assuming she qualifies for CJA funding for travel).  If Mr. Dennis is served, Mr. Cecutti is further ordered to do the same with respect to Mr. Dennis.

**SO ORDERED.**

**Dated: June 21, 2024**
      **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**