USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
           -against-                                         :  21-CR-603 (VEC)
                                                                     :
WILLIAM WASHINGTON,                                                  :  ORDER
                                                                     :
                                Defendant.        :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 21, 2024, CJA counsel for Paris Ramsey, Anthony Cecutti, informed the Court and the parties that, if called to testify, Ms. Ramsey would invoke her Fifth Amendment right not to testify regarding matters that might tend to incriminate herself.

      IT IS HEREBY ORDERED that Mr. Washington must be prepared to inform the Court at the pretrial conference on **Monday, June 24, 2024, at 9:15 A.M.** whether, in light of the fact that Ms. Ramsey would invoke her Fifth Amendment right, he still seeks to call her as a defense witness. As the Court previously explained, Ms. Ramsey cannot invoke her Fifth Amendment right not to testify before the jury.

      IT IS HEREBY ORDERED that by **9:00 A.M. on Monday, June 24, 2024**, Mr. Cecutti must inform the Court and the parties of both his and Ms. Ramsey's availability for a teleconference to discuss how best to proceed if Mr. Washington continues to wish to call Ms. Ramsey.

IT IS FURTHER ORDERED that, absent objection from the parties or Mr. Cecutti by **June 24, 2024, at 9:00 A.M.**, Ms. Ramsey's June 21, 2024, letter will be filed on the public docket.

**SO ORDERED.**

**Dated: June 22, 2024**
      **New York, NY**

                                **VALERIE CAPRONI**
                                **United States District Judge**