```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA

             -against-                      21-CR-603 (VEC)

    WILLIAM WASHINGTON and TERRENCE         ORDER
    WILLIAMS,

                           Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that on **Wednesday, June 26, 2024, at 4:30 P.M.** the Court will hold a hearing on whether Mr. Washington may call Mr. Williams at trial in light of Mr. Williams's indication that he will invoke his Fifth Amendment right against self-incrimination. The hearing will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: June 24, 2024
      New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**