```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
      -against-                          :         21-CR-603 (VEC)
:
WILLIAM WASHINGTON,                               :         ORDER
:
                      Defendant.      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 28, 2024, Dr. Washington was found guilty of wire fraud, health care fraud, conspiracy to commit wire fraud and health care fraud, and conspiracy to make false statements related to health care matters.

IT IS HEREBY ORDERED that Dr. Washington will be sentenced on **Tuesday, October 29, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due **October 5, 2024**.  The parties are advised that this is a **firm** sentencing date, and the Court is unlikely to adjourn the sentencing hearing absent good cause.

IT IS FURTHER ORDERED that any post-trial motions are due **Friday, July 12, 2024**. The Government's response to any motion is due **July 26, 2024**, and the Defendant's reply is due **August 2, 2024**.

**SO ORDERED.**

**Dated: June 28, 2024**
      **New York, NY**
                                                      **VALERIE CAPRONI**
                                                 **United States District Judge**