**MEMO ENDORSED**

July 11, 2024

**BY EFC**
Hon. Judge Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2024

Re: United States v. William Washington, 21-CR-603 (VEC)

Dear Judge Caproni,

I am writing to respectfully request an extension of time to file my Rule 29 and Rule 33 motions.

Due to mitigating circumstances, including the emergence of new evidence, I am unable to meet the current deadline of ~~June~~ July 12, 2024. I respectfully request an extension until ~~June~~ July 15, 2024, to ensure adequate time to prepare these critical motions.

The additional time is necessary to thoroughly review and incorporate this new evidence, which is essential for a complete and fair presentation of my arguments. These circumstances have significantly impacted my ability to complete the motions within the initially allotted time.

I appreciate your consideration of this request.

Respectfully,

By: /s/William Washington
William J. Washington, Pro Se

---

Application GRANTED.  The Defendant's deadline to submit post-trial motions is **July 15, 2024**.  This is a **firm** date; no further extensions will be granted absent extraordinarily good cause.  The Government's opposition is due **July 30, 2024**, and the Defendant's reply is due **August 6, 2024**.

SO ORDERED.

*[signature: Valerie Caproni]*   07/11/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE