

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

26 Federal Plaza
New York, New York 10278

September 24, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2024

**BY ECF**
Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Melvin Ely,* **21 Cr. 603 (VEC)**
      *United States v. William Washington*, **21 Cr. 603 (VEC)**

Dear Judge Caproni:

The Government respectfully writes with the consent of all parties to adjourn sentencing in the above-captioned matters.

Sentencing for defendant Melvin Ely is currently scheduled for October 11, 2024, at 2:30 p.m. The parties respectfully request that sentencing be adjourned to October 24, 2024, at 2:30 p.m., which the parties understand is a date and time convenient for the Court.

Sentencing for defendant William Washington is currently scheduled for October 29, 2024, at 10:30 a.m. The parties respectfully request that sentencing be adjourned to November 25, 2024, at 2:30 p.m., which the parties understand is a date and time convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Rushmi Bhaskaran
Qais Ghafary
Rebecca Delfiner
Assistant United States Attorneys
(212) 637-2534

Cc: James M. Branden, Esq. (via ECF and email)
     William Washington, *pro se* (via ECF and email)

Application GRANTED.

Mr. Ely's sentencing is hereby ADJOURNED to **Thursday, October 24, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due **October 10, 2024**.

Dr. Washington's sentencing is hereby ADJOURNED to **Monday, November 25, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due **November 11, 2024**.

SO ORDERED.

9/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE