UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
        -against- : 21-CR-603 (VEC)
:
WILLIAM WASHINGTON, : <u>ORDER</u>
:
        Defendant. :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Dr. Washington was sentenced on November 25, 2024.

    IT IS HEREBY ORDERED that Dr. Washington's motions to strike the perjury and obstruction enhancements and to exclude GX 505 are DENIED for the reasons discussed at sentencing. The Clerk of the Court is respectfully directed to terminate the open motions at Dkts. 1608, 1610, and 1612.

**SO ORDERED.**

Dated: November 25, 2024
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

1