**MEMO ENDORSED**

December 4, 2024

**VIA ELECTRONIC MAIL**
Hon. Judge Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024

Re: *Request for Modification of Facility Recommendation*

Honorable Judge Valerie E. Caproni,

    I respectfully request the Court to modify its prior recommendation to the Bureau of Prisons (BOP) regarding my placement, based on new information about the designated facility.

I. **Background**

    At the time of sentencing, the Court graciously recommended my placement at a facility near Seattle, Washington, per my request. I am deeply appreciative of this consideration. However, I have since learned that the only federal facility near Seattle, SeaTac Federal Detention Center (FDC), primarily functions as a short-term holdover facility and is not intended for long-term housing. Given my 60-month sentence, SeaTac FDC may not provide the necessary resources or environment for my rehabilitation.

II. **Request**

    I understand that the Court's recommendation is advisory and that the BOP retains ultimate authority over facility designations. Nevertheless, I respectfully ask the Court to amend its recommendation to suggest placement at one of the following facilities:

  A. **Federal Prison Camp, Lompoc (California)**
  B. **Sheridan Federal Prison Camp (Oregon)**

    Both facilities are significantly closer to my release address, making it easier for my family to visit. Maintaining family connections during incarceration is critical to my emotional well-being and reintegration into society. Additionally, these facilities offer educational and vocational programs that align with my goal of making productive use of my time and preparing for reentry.

///

III. **Acknowledgment**

I sincerely apologize for not fully understanding the limitations of my initial request and the nature of SeaTac FDC at the time of sentencing. I meant no disrespect to the Court and am truly grateful for its understanding and consideration of this clarification.

IV. **Conclusion**

I respectfully ask the Court to amend its recommendation to the BOP, requesting placement at either Federal Prison Camp, Lompoc, or Sheridan Federal Prison Camp. Such a recommendation would greatly support my rehabilitation and enable me to maintain essential family ties during this period.

Thank you for your time and attention.

Respectfully submitted,

By: /s/William Washington
*Defendant, Pro Se*
USM# 98140-509

---

The Court has communicated to the Bureau of Prisons that it does not recommend that Dr. Washington be designated to SeaTac FDC. The Court has recommended that Dr. Washington be designated to an appropriate facility as close as possible to his home. As Dr. Washington notes, the Court's recommendation is not binding, and the Bureau of Prisons has ultimate discretion as to his placement.

SO ORDERED.

*[signature: Valerie Caproni]* 12/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE